UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

Plaintiff,

-against-

NIMBUS MINING LLC, REMY JACOBSON, GREG BACHRACH, and JEAN-MARC JACOBSON,

Defendants.

**NOTICE OF DEFENDANTS REMY JACOBSON AND JEAN-MARC JACOBSON'S MOTION TO DISMISS**

No. 21 Civ. 7792 (VSB)

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendants Remy Jacobson and Jean-Marc Jacobson's Motion to Dismiss, dated February 3, 2022, and all prior pleadings and proceedings herein, Defendants Remy Jacobson and Jean-Marc Jacobson will move this Court before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007, for an Order dismissing all claims against Remy Jacobson and Jean-Marc Jacobson asserted in plaintiff Tiffany Saidnia's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within fourteen days, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated: White Plains, New York
February 3, 2022

YANKWITT LLP

By: /s/ Russell M. Yankwitt

Russell M. Yankwitt
Benjamin C. Fishman
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.: (914) 686-1500
Fax: (914) 487-5000
russell@yankwitt.com
bfishman@yankwitt.com

*Counsel for Defendants Remy Jacobson and Jean-Marc Jacobson*