UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY SAIDNIA,<br><br>                    Plaintiff,<br><br>            v.<br><br>NIMBUS MINING LLC, REMY JACOBSON, GREG BACHRACH, and JEAN-MARC JACOBSON,<br><br>                    Defendants. | Civil Action No.: 1:21-cv-07792-VSB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, subject to the approval of the Court, by and between the undersigned counsel for Plaintiff, Tiffany Saidnia, and undersigned counsel for Defendants Remy Jacobson, Greg Bachrach, and Jean-Marc Jacobson in the captioned action, that Defendants' time to respond to the Amended Complaint dated October 5, 2021 (Doc. No. 14) is hereby extended to and including December 7, 2023.

Dated: November 1, 2023

| | |
|---|---|
| Law Office of Daniel F. Wachtell<br>*Counsel for Plaintiff* | Song Ramin PLLC<br>*Counsel for Defendant Greg Bachrach* |
| | |
| */s/ Daniel F. Wachtell*<br>Daniel F. Wachtell<br>90 Broad Street, 23rd Fl.,<br>New York, NY 10004<br>T: 917-667-6954<br>E: dan@danwachtell.com | */s/ Farzad Ramin*<br>Farzad Ramin<br>40-21 Bell Blvd., 2nd Fl.,<br>Bayside, NY 11361<br>T: 718-321-0770<br>E: framin@songramin.com |

Yankwitt LLP
*Counsel for Defendants Remy Jacobson and Jean-Marc Jacobson*


*/s/ Jonathan Ohring*
Russell Marc Yankwitt
Jonathan Ohring
140 Grand Street, Suite 705
White Plains, NY 10601
T: 914-686-1500
E: russell@yankwitt.com
E: jonathan@yankwitt.com


SO ORDERED:

11/02/2023                          _____
                                    The Hon. Vernon S. Broderick, U.S.D.J.