UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIFFANY SAIDNIA,

                Plaintiff,

  -against-

NIMBUS MINING LLC, REMY JACOBSON, GREG BACHRACH, and JEAN-MARC JACOBSON,

                Defendants.

Case No. 21 Civ. 7792 (VSB)

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that upon the Declaration of Russell M. Yankwitt, dated December 4, 2023, Yankwitt LLP will move this Court before the Honorable Vernon S. Broderick, in the Hon. Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, NY 10007, at a date and time to be determined by the Court, pursuant to Local Rule 1.4 and Rule 1.16(c)(1), (c)(5), and (c)(7) of the New York Rules of Professional Conduct, for an order relieving Russell M. Yankwitt and Jonathan Ohring of Yankwitt LLP as counsel to defendants Remy Jacobson and Jean-Marc Jacobson in this action, and granting such other relief as the Court deems appropriate.

Dated:    White Plains, New York
          December 4, 2023

                                            YANKWITT LLP

                                            Russell M. Yankwitt, Esq.
                                            Jonathan Ohring, Esq.
                                            140 Grand Street, Suite 705
                                            White Plains, New York 10601
                                            Tel.: (914) 686-1500
                                            Fax: (914) 487-5000
                                            russell@yankwitt.com
                                            jonathan@yankwitt.com
                                            *Attorneys for Defendants Remy Jacobson and Jean-Marc Jacobson*