UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIFFANY SAIDNIA,

              Plaintiff,

-against-

NIMBUS MINING LLC, REMY JACOBSON, GREG BACHRACH, and JEAN-MARC JACOBSON,

              Defendants.

Case No. 21 Civ. 7792 (VSB)

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that upon the Declaration of Russell M. Yankwitt, dated December 4, 2023, Yankwitt LLP will move this Court before the Honorable Vernon S. Broderick, in the Hon. Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, NY 10007, at a date and time to be determined by the Court, pursuant to Local Rule 1.4 and Rule 1.16(c)(1), (c)(5), and (c)(7) of the New York Rules of Professional Conduct, for an order relieving Russell M. Yankwitt and Jonathan Ohring of Yankwitt LLP as counsel to defendants Remy Jacobson and Jean-Marc Jacobson in this action, and granting such other relief as the Court deems appropriate.

Dated:    White Plains, New York
            December 4, 2023

YANKWITT LLP

_/s/ Russell M. Yankwitt_
Russell M. Yankwitt, Esq.
Jonathan Ohring, Esq.
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.: (914) 686-1500
Fax: (914) 487-5000
russell@yankwitt.com
jonathan@yankwitt.com
*Attorneys for Defendants Remy Jacobson and Jean-Marc Jacobson*

SO ORDERED:

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

12/5/2023. Counsel is directed to serve defendants with the motion to withdraw and declaration in support thereof, (Docs. 67, 68), or, if service has been affected, to file an affidavit of service.