UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY SAIDNIA,<br><br>     Plaintiff,<br> -against-<br><br>NIMBUS MINING LLC, REMY JACOBSON, GREG BACHRACH, and JEAN-MARC JACOBSON,<br><br>     Defendants. | Case No. 21 Civ. 7792 (VSB)<br><br>**<u>DECLARATION OF SERVICE IN CONNECTION WITH MOTION TO WITHDRAW AS COUNSEL</u>** |

  Russell M. Yankwitt, Esq. makes the following declaration pursuant to 28 U.S.C. § 1746:

  1. I am the managing partner of the law firm of Yankwitt LLP (the "Firm"), attorneys for defendants Remy Jacobson and Jean-Marc Jacobson ("Defendants") in the above-captioned case. I, along with Jonathan Ohring, Esq., are the Firm's counsel of record in this matter. As such, I am fully familiar with all the prior facts and circumstances herein.

  2. I submit this Declaration in support of the motion to relieve the Firm from serving as counsel of record for Defendants (Doc. No. 67) (the "Motion").

  3. The Firm filed the Motion on December 4, 2023, together with my declaration in support (Doc. No. 68) (the "Declaration" and, with the Motion, the "Motion Papers").

  4. On December 5, 2023, the Court entered an endorsement on the Motion (Doc. No. 69), directing the Firm to serve Defendants with the Motion Papers and to thereafter file an affidavit of service.

  5. On December 6, 2023, the Firm mailed the Motion Papers by FedEx overnight mail to the last known address for each Defendant, in accordance with Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

6. On December 7, 2023, the Firm received confirmation from FedEx that each mailing had been delivered.

7. Service on Defendants has therefore been completed.

8. Accordingly, we respectfully request issuance of an order relieving the Firm as counsel for Defendants.

**WHEREFORE**, the Firm respectfully requests that the Court issue an order granting it, and its attorneys Russell M. Yankwitt and Jonathan Ohring, leave to withdraw as counsel of record for Defendants and for such other and further relief as this Court deems just and proper.

Dated: December 11, 2023
White Plains, New York

_____
Russell M. Yankwitt