UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

                    Plaintiff,

            -against-

NIMBUS MINING LLC, REMY JACOBSON,
GREG BACHRACH, and JEAN-MARC
JACOBSON,

                    Defendants.

Case No. 21 Civ. 7792 (VSB)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declaration of Russell M. Yankwitt, dated

December 4, 2023, Yankwitt LLP will move this Court before the Honorable Vernon S.

Broderick, in the Hon. Thurgood Marshall United States Courthouse, 40 Foley Square,

Courtroom 518, New York, NY 10007, at a date and time to be determined by the Court,

pursuant to Local Rule 1.4 and Rule 1.16(c)(1), (c)(5), and (c)(7) of the New York Rules of

Professional Conduct, for an order relieving Russell M. Yankwitt and Jonathan Ohring of

Yankwitt LLP as counsel to defendants Remy Jacobson and Jean-Marc Jacobson in this action,

and granting such other relief as the Court deems appropriate.

Dated:   White Plains, New York
         December 4, 2023

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   12/12/2023

YANKWITT LLP

Russell M. Yankwitt, Esq.
Jonathan Ohring, Esq.
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.: (914) 686-1500
Fax: (914) 487-5000
russell@yankwitt.com
jonathan@yankwitt.com
*Attorneys for Defendants Remy Jacobson and
Jean-Marc Jacobson*