UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

                *Plaintiff*,

-against-

NIMBUS MINING LLC, et al.,

                *Defendants*.

No. 21 Civ. 7792

[PROPOSED] **CLERK'S CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 17, 2021, with the filing of a summons and Complaint (Docket No. 1); and that an Amended Complaint was filed on October 5, 2021 (Docket No. 14), and that the Amended Complaint was served on Defendant Jean-Marc Jacobson on November 19, 2021, by mail, and proof of service was thereafter filed on November 26, 2021 (Docket No. 17), and that the Amended Complaint was served on Defendant Remy Jacobson on December 13, 2021, by mail and email (as directed by the court), and proof of service was thereafter filed on December 15, 2021 (Docket No. 22).

    I further certify that the docket entries indicate that the Defendants Remy and Jean-Marc Jacobson moved to dismiss the Amended Complaint herein on February 3, 2022 (Docket No. 32), and that their motion to dismiss was denied by Opinion & Order of Judge Vernon Broderick dated October 24, 2023 (Docket No. 63). I further certify that the docket entries indicate that on November 3, 2023, Plaintiff Tiffany Saidnia and Defendants Remy and Jean-Marc Jacobson stipulated to extend the time to Answer the Amended Complaint to December 7, 2023 (Docket No. 66). I further certify that the docket entries indicate that neither Defendant Remy Jacobson

nor Defendant Jean-Marc Jacobson has filed an Answer to the Amended Complaint or otherwise moved in response to the Amended Complaint as of December 7, 2023, or at any time since.

      The default of the Defendants Remy Jacobson and Jean-Marc Jacobson are hereby noted.

Dated: New York, New York
          _____, 20___

                        RUBY J. KRAJICK
                        Clerk of Court

               By: _____
                        Deputy Clerk