UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

                *Plaintiff*,

  -against-

NIMBUS MINING LLC, REMY JACOBSON, GREG BACHRACH, and JEAN-MARC JACOBSON,

                *Defendants.*

No. 21 Civ. 7792

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT AS TO REMY JACOBSON AND JEAN-MARC JACOBSON**

**DANIEL F. WACHTELL**, an attorney duly licensed to practice law in this Court, affirms the following under penalty of perjury:

1. I am a member in good standing of the Bar of this Court and am the principal of the Law Office of Daniel F. Wachtell, attorneys for Plaintiff Tiffany Saidnia in the above-captioned action. I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, in support of Plaintiff's application for a certificate of default.

3. Defendants Remy Jacobson and Jean-Marc Jacobson are not infants, in the military, nor incompetent persons.

4. This action was commenced on September 17, 2021, with the filing of a summons and Complaint (Docket No. 1).

5. An Amended Complaint was filed on October 5, 2021 (Docket No. 14), and the Amended Complaint was served on Defendant Jean-Marc Jacobson on November 19, 2021, by mail, and proof of service was thereafter filed on November 26, 2021 (Docket No. 17), and the Amended Complaint was served on Defendant Remy Jacobson on

December 13, 2021, by mail and email (as directed by the court), and proof of service was thereafter filed on December 15, 2021 (Docket No. 22).

6. Through counsel, Defendants Remy and Jean-Marc Jacobson moved to dismiss the Amended Complaint herein on February 3, 2022 (Docket No. 32).

7. The motion to dismiss was denied by Opinion & Order of Judge Vernon S. Broderick dated October 24, 2023 (Docket No. 63).

8. On November 3, 2023, through their respective counsel, Plaintiff Tiffany Saidnia and Defendants Remy and Jean-Marc Jacobson stipulated to extend the time to Answer the Amended Complaint to December 7, 2023 (Docket No. 66).

9. Neither Defendant Remy Jacobson nor Defendant Jean-Marc Jacobson has filed an Answer to the Amended Complaint or otherwise moved in response to the Amended Complaint as of December 7, 2023, or at any time since.

10. Instead, Defendants Remy Jacobson and Jean-Marc Jacobson have apparently ceased communications with their counsel and, upon information and belief, have no intention of answering the Amended Complaint or otherwise continuing to defend against this action.

WHEREFORE, I respectfully request, on behalf of Plaintiff Tiffany Saidnia, that the default of Defendant Remy Jacobson and Jean-Marc Jacobson be noted and that Certificates of Default be issued.

Dated: December 21, 2023
New York, New York

_____
Daniel F. Wachtell