UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

        Plaintiff,

-against-

NIMBUS MINING LLC, et al.,

        Defendants.

21-CV-7792 (VSG) (BCM)

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, it is hereby ORDERED that the parties' cross letter-motions to compel discovery (Dkt. 113) are GRANTED IN PART and DENIED IN PART as described below. No later than **April 17, 2025,** the parties must do the following:

### Plaintiff's Motion to Compel

1. **RFP 6:** Defendants must produce documents responsive to this request as written, and update their written response accordingly.

2. **RFP 7:** Defendants must produce documents responsive to this request for the period of January 1, 2014 through December 31, 2017, and update their written response accordingly.[1]

3. **RFP 8:** Defendants must produce documents responsive to this request for the period of January 1, 2014 through December 31, 2017, and update their written response accordingly.

4. **RFP 9:** Defendants must produce documents responsive to this request as written, and update their written response accordingly.

---

[1] No later than **April 3, 2025**, plaintiff must provide defendants with a list of the individuals and entities she believes to have been customers or investors of Nimbus during the relevant period.

2

**Defendants' Motion to Compel**

5.  **RFP 102**: Plaintiff must produce documents responsive to this request as written, and update her written response accordingly.

In light of the mixed results set forth above, no fees are awarded to either party.

Dated: New York, New York  
March 20, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**

2