UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

        Plaintiff,

-against-

NIMBUS MINING LLC, et al.,

        Defendants.

21-CV-7792 (VSG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received the request of defendants Remy and Jean-Marc Jacobson (the Jacobsons) to hold the May 7, 2025 discovery conference virtually because one of their attorneys, Justin B. Kaplan, is based in Florida. (Dkt. 121.) As set forth in Moses Ind. Prac. § 6, and in this Court's initial case management order (*see* Dkt. 104 ¶ 10), all conferences, hearings, and other proceedings are held in-person in Courtroom 20A of 500 Pearl Street, New York, New York, unless the Court has a compelling reason to order otherwise. Defendants' decision to retain an out-of-state attorney is not a compelling reason. The Court notes that five attorneys from Nelson Mullins Riley & Scarborough LLP have appeared in this action on behalf of the Jacobsons, two of whom, according to the docket, are based in the firm's New York office.

The parties are directed to meet and confer to find reasonably convenient alternative dates to hold the in-person discovery conference. No later than **May 1, 2025**, they are to propose three such dates to the Court by letter. If the parties cannot agree on alternative dates, the discovery conference will take place on May 7, 2025 at 1:00 p.m., as currently scheduled.

Dated: New York, New York
       April 29, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**