UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

        Plaintiff,

-against-

NIMBUS MINING LLC, et al.,

        Defendants.

21-CV-07792 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a scheduling conflict, the status conference previously scheduled for July 10, 2025, at 10:00 a.m. is ADJOURNED to **July 10, 2025, at 10:30 a.m.**

Dated: New York, New York
July 7, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**