```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/10/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

      Plaintiff,

  -against-

NIMBUS MINING LLC, et al.,

      Defendant.

21-CV-7792 (VSG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery and status conference:

1.  All remaining fact discovery, except for the Jacobsons' Phase II depositions, must be completed no later than **September 11, 2025**. *See* Dkt. 125 ¶ 4. The parties may, if necessary, extend this interim deadline by agreement among themselves.

2.  All discovery, including the Jacobsons' Phase II depositions, must be completed no later than **October 17, 2025**.

3.  The Court will hold a status conference on **October 23, 2025 at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York, 10007. No later than **October 20, 2025**, the parties must submit a joint status letter outlining any unresolved issues, as well as any settlement efforts. The letter should also address the parties' proposed briefing schedule for plaintiff's anticipated motion for discovery sanctions.

Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 104) remain in effect.

Dated: New York, NY
      July 10, 2025

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**