UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY SAIDNIA,

        Plaintiff,

-against-

NIMBUS MINING LLC, et al.,

        Defendants.

21-CV-7792 (VSB) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/25

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the motion – brought by Justin B. Kaplan, Lisa Herbert, Elaine Kussurelis, and Jacquelyn Knudson, of Nelson, Mullins, Riley and Scarborough, LLP (collectively, Defense Counsel) – to withdraw as counsel for defendants Remy Jacobson and Jean-Marc Jacobson (the Jacobsons).[1] Defense Counsel must promptly serve copies of their motion papers and this Order upon the Jacobsons, both by mail and by whatever electronic method (e.g., email) they believe to be most reliable, and file proof of such service on the docket.

    Any party wishing to respond to the withdrawal motion must do so no later than **August 8, 2025**. If defendants wish to submit any confidential materials in support of their response, they may send their papers directly to chambers by mail or courier, addressed to "Chambers of Magistrate Judge Barbara Moses, United States District Court, 500 Pearl Street, New York, NY 10007," marked, "Confidential Material."

    The Court will schedule a hearing on this motion should it deem one necessary.

Dated: New York, New York
       July 29, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The Court notes that attorney Nicole Phe also filed a notice of appearance on behalf of the Jacobsons on December 3, 2024 (Dkt. 103), but is not included in Defense Counsel's instant motion.