UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    :
TIFFANY SAIDNIA,                                    :
                                                    :
                              Plaintiff,            :
                                                    ::          21-CV-7792 (VSB)
                  -against-                          :
                                                    :          **ORDER**
NIMBUS MINING LLC, et al.,                           :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.  If the parties need additional time to finalize the

settlement agreement, the parties can also consent to the jurisdiction of United States Magistrate

Judge Barbara Moses.

SO ORDERED.

Dated:  January 6, 2026
        New York, New York

_____
Vernon S. Broderick
United States District Judge