UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/5/26
```

TIFFANY SAIDNIA,

        Plaintiff,

-against-

NIMBUS MINING LLC, et al.,

        Defendants.

21-CV-7792 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On January 6, 2026, upon being informed of the parties' settlement in principle, the district judge issued a 60-day dismissal order (Dkt. 148), which – if not extended – will result in this case being dismissed on Monday, March 9, 2026. On January 16, 2026, the parties filed a redacted version of their settlement agreement (Dkt. 149), which states, in paragraph 7, that they intend to consent to the jurisdiction of the undersigned magistrate judge for purposes of enforcing the agreement, and that they further intend to request that this action be stayed for 180 days rather than dismissed outright at the 60-day mark. However, the parties have not yet filed an executed Form AO 85 ("Notice, Consent, and Reference of a Civil Action to a Magistrate Judge"). Nor have they requested a stay.

The parties are further reminded that in order to enforce the terms of the settlement agreement, they must file a full and unredacted copy of that agreement on the docket. In light of the sensitive nature of some of the settlement terms, permission to file the unredacted settlement agreement under seal is hereby GRANTED.

Dated:  New York, New York
       March 5, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**